IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANNY RAY BROWN, #130502, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  3:13-cv-0483-MEF |
| | ) | WO |
| MARY COOKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# <u>O R D E R</u>

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #3) to the Recommendation of the Magistrate Judge filed on October 17, 2013 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #32) entered on October 7, 2013 is adopted;

3. The motion for preliminary injunction filed by the plaintiff is DENIED.

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the  21st day of November, 2013.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE