IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANNY RAY BROWN, #130502, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:13-cv-0483-TMH |
| ) | [WO] |
| MARY COOKS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #44) filed on November 13, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #43) entered on November 7, 2013 is adopted;

3. The motions for preliminary injunctio*n* filed by the plaintiff on September 26, 2013 (Doc. #28) and October 10, 2013 (Doc. #34) are DENIED.

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this 13th day of December, 2013.

      /s/   Truman M. Hobbs  
TRUMAN M. HOBBS  
SENIOR UNITED STATES DISTRICT JUDGE